**FILED**

March 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )        Case No. 2:95CR00443
                                )
v.                              )        ORDER FOR RELEASE OF
                                )        PERSON IN CUSTODY
CASEY BERNARD RODRIGUEZ,        )
                                )
          Defendant.            )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CASEY BERNARD RODRIGUEZ , Case No.

 2:95CR00443  , Charge  18:3146 - Offense Committed while on Release  , from custody for the

following reasons:

      \_\_    Release on Personal Recognizance

      \_\_    Bail Posted in the Sum of $\_\_

            \_\_    Unsecured Appearance Bond

            \_\_    Appearance Bond with 10% Deposit

            \_\_    Appearance Bond with Surety

            \_\_    Corporate Surety Bail Bond

            ✔    (Other)     Conditions of Supervised Release are continued as

                               previously ordered

Issued at  Sacramento, CA  on  March 29, 2011  at  12:08 pm  .

By _____
      Lawrence K. Karlton
      United States District Judge

Original - U.S. Marshal