FILED

JUN 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CASEY BERNARD RODRIGUEZ,<br><br>  Defendant.<br>_____ / | CR.S-95-0443-LKK<br><br><br><br>DETENTION ORDER<br>(Violation of Pretrial Release, Probation or Supervised Release) |

   **X**   After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

   ____   There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

   **X**   There is clear and convincing evidence that the defendant has violated another condition of release and

   ____   based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

   **X**   the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

   ____   Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1  IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
2  practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant
4  to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 6-21-2011

EDMUND F. BRENNAN,
UNITED STATES MAGISTRATE JUDGE

DetentionOrder(VPR).wpd                                    2